UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LULA WILLIAMS,<br>　　　　Plaintiff,<br>　v.<br>CAROLYN W. COLVIN,<br>　　　　Defendant. | Case No. 13-cv-04845-JSC<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE** |

Plaintiff, representing herself, filed this action in October 2013. The Social Security Procedural Order requires Plaintiff to serve a file a motion for summary judgment or for remand within 28 days of service of defendant's answer. (Dkt. No. 4.) Defendant filed her answer on February 7, 2014, but as of this date Plaintiff has not filed a motion for summary judgment and has not otherwise communicated with the Court.

Accordingly, Plaintiff is ordered to show cause why her complaint should not be dismissed pursuant to Federal Rule of Civil Procedure 41 for a failure to prosecute. To avoid dismissal, Plaintiff must file her motion for summary judgment on or before **October 10, 2014**. Plaintiff is warned that if she does not file the required motion for summary judgment her case will be dismissed.

Plaintiff is encouraged to visit the Court's Legal Help Center for assistance. The addresses of the San Francisco and Oakland Help Centers are as follows:

**San Francisco**
United States Courthouse
450 Golden Gate Avenue
15th Floor, Room 2796
San Francisco, CA 94102

**Oakland**
United States Courthouse
1301 Clay Street
4th Floor, Room 470S
Oakland, CA 94612.

Help is provided by appointment only.  Appointments may be made by signing up at the Help Center or by calling 415-782-8982.

**IT IS SO ORDERED.**

Dated: September 12, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2