UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LULA WILLIAMS,

    Plaintiff,

v.

CAROLYN W. COLVIN,

    Defendant.

Case No. 13-cv-04845-JSC

**ORDER DISMISSING CASE**

Two months ago, the Court ordered Plaintiff to show cause why her complaint should not be dismissed pursuant to Federal Rule of Civil Procedure 41 for a failure to prosecute; specifically, for failure to file her summary judgment motion as required by the Social Security Procedural Order.  (Dkt. No. 14.)  Plaintiff was given until October 10, 2014 to file her motion, was warned that failure to file her motion by that date would result in dismissal, and was encouraged to make an appointment with the Court's Legal Help Center.  Despite these instructions, Plaintiff has failed to file her motion for summary judgment and has not otherwise communicated with the Court.

Plaintiff's complaint is accordingly dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41.  The Clerk is ordered to close this case.

**IT IS SO ORDERED**.

Dated: November 12, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge